SUSAN KUPFER #141724
GLANCY BINKOW & GOLDBERG LLP
455 Market Street, Suite 1810
San Francisco, California 94105
Telephone:   (415) 972-8160
Facsimile:   (415) 972-8166

　　　　-and-

LIONEL Z. GLANCY #134180
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:   (310) 201-9150
Facsimile:   (310) 201-9160

Liaison Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*E-FILED - 4/6/06*

| | |
|---|---|
| In re READ-RITE CORPORATION SECURITIES LITIGATION <br><br> This Document Relates to: <br> 　　All Actions. | Master File No. 03-03148 RMW <br><br> CLASS ACTION <br><br> Hon. Ronald M. Whyte |

### [PROPOSED] ORDER DIRECTING DISTRIBUTION OF THE NET SETTLEMENT FUND

WHEREAS on June 10, 2005, this Court, by the Honorable Ronald Whyte, approved the class action settlement in this action (the "Final Order");

WHEREAS, the Court retained jurisdiction over certain matters, including all matters relating to the administration of the Settlement and its terms, which include plaintiffs' application for an Order Directing Distribution of Net Settlement Fund, and allowance of fees and costs to Berdon Claims Administration LLC ("BCA") for its services as the Settlement Administrator herein (as detailed in the affidavit of Michael Rosenbaum, sworn to March 21, 2006);

WHEREAS, plaintiffs have sought entry of an order permitting a pro rata distribution of the settlement funds to be made to Class Members in accordance with the Order approving the Stipulation of Settlement;

1  WHEREAS, proof of Claim Forms have been filed by certain claimants and have
2  been reviewed and analyzed by BCA to confirm completion of the claims and documentation of each
3  claimant's right to participate in the distribution;
4  WHEREAS, after review and analysis of the Proof of Claims, BCA forwarded notices
5  of deficiencies to appropriate claimants, and where applicable, notices of rejections of claims, and
6  the notices informed all claimants of their right to appeal the disallowance or rejection of their claim;
7  and
8  WHEREAS, the Court has reviewed the procedures taken in the claims procedure and
9  administration of the Settlement Fund, and has considered the recommendations of BCA concerning
10  the allowances and disallowance of claims, and finally barring claims which are deficient,
11  incomplete or were otherwise rejected; and
12  WHEREAS, the Court having reviewed all submissions presented on the Motion, it
13  is now hereby ORDERED, ADJUDGED AND DECREED THAT:
14  1.  The procedures used and actions taken for the administration of the Settlement
15  and claims procedure are hereby adjudged to have been proper and complete, and the administrative
16  determinations of the Claims Administrator accepting and rejecting claims filed in this matter are
17  approved.
18  2.  The hours of services, fees and out-of-pocket expenses, and costs for services
19  for which BCA seeks payment are approved and adjudged to be fair and reasonable. BCA shall be
20  paid $74,453.12, comprising $69,500.00 in fees and $4,953.12 in additional out-of-pocket expenses
21  from the Settlement Fund.
22  3.  The Net Settlement Fund shall be distributed as soon as reasonably possible
23  in accordance with the Final Order and each Class Member shall receive his/her/its pro rata share
24  of the Net Settlement Fund calculated by BCA based on their calculated recognized losses after
25  deduction of any additional taxes to be paid to the Internal Revenue Service.
26  4.  All claimants asserting any defective claims are hereby barred from (a)
27  participating in the Net Settlement Fund, (b) claiming against the Settlement Fund, and (c) claiming
28  against any person involved in the acceptance or disallowance, verification or calculation, tabulation

1 | or other processing of the claims filed, the notification of claimants as to the disposition of their
2 | claims, the investment or distribution of the Settlement Fund, or any other aspect of the
3 | administration of the Settlement Fund, and releasing the parties and their agents from any liability
4 | in connection with the processing of the Proofs of Claim and the distribution of the Settlement Fund
5 | and any other aspect of the administration of the Settlement Fund, including BCA and Plaintiffs'
6 | Counsel.

7 |     5.    All parties and counsel and their agents are released from any liability in
8 | connection with the processing of the Proofs of Claim and the distribution of the Settlement Fund
9 | except for any proven gross or willful misconduct.

10 |     6.    The Court reserves jurisdiction over all matters relating to any administration
11 | for and consummation of the terms of the Settlement.

12 |     7.    The above provisions of this Order constitute a full and complete adjudication
13 | of the matters herein, and the Court determines that there is no just reason for delay and directs,
14 | pursuant to Rule 54(b), that this final judgment be entered with respect to all such matters.
15 | Dated: __4/3_____, 2006

/S/ RONALD M. WHYTE
United States District Judge